## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **MELAINE ABREGO** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | CIVIL NO. 6:19-CV-00284-ADA-JCM |
| **CHECKR, INC.,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

## ORDER CLOSING CASE

Before the Court is the Parties' Stipulation of Dismissal, which has been filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff's claims were dismissed without prejudice upon filing this Stipulation of Dismissal. FED. R. CIV. P. 41(a)(1)(A). Therefore, the Clerk's Office is directed to close the above-entitled cause of action.

**SIGNED** this 19th day of July 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE